AO 442 (Rev. 11/11) Arrest Warrant

IN CLERK **114 64448**

# UNITED STATES DISTRICT COURT

2022 SEP 16  PM 12: 35

for the

District of Massachusetts

U.S. DISTRICT COURT

| United States of America | ) | |
| v. | ) | Case No. 22-6269 |
| Joseph A. Padilla | ) | |
| | ) | |
| | ) | **RECEIVED** |
| | ) | By USMS Boston at 10:53 am, Aug 25, 2022 |
| _____ *Defendant* | ) | |

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Joseph A. Padilla                                                                                 ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment    ❒ Superseding Indictment    ❒ Information    ❒ Superseding Information    ☑ Complaint

❒ Probation Violation Petition    ❒ Supervised Release Violation Petition    ❒ Violation Notice    ❒ Order of the Court

This offense is briefly described as follows:

Securities Fraud, in violation of 15 U.S.C. §§ 78j(b) and 78ff, 17 C.F.R. § 240.10b-5, and 18 U.S.C. § 2

Date:    August 25, 2022
_____

*Issuing officer's signature*

City and state:    Boston, MA
_____

Hon. M. Page Kelley, U.S. Chief Magistrate Judge
_____
*Printed name and title*

---

**Return**

| This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____ |
| at *(city and state)* _____ . |

Date: _____

WARRANT EXECUTED BY FBI
BY ARREST/ARRAIGNMENT OF THE
DEFENDANT ON 8/25/2022

*Arresting officer's signature*

_____
*Printed name and title*