UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) No. 23-cr-10075-RGS-MPK |
| | ) |
| JOSEPH A. PADILLA and | ) |
| KEVIN C. DILLS, | ) |
| | ) |
| Defendants. | ) |

**ASSENTED-TO MOTION TO SEAL
GOVERNMENT'S MOTION TO DISQUALIFY COUNSEL**

With the assent of counsel for defendant Kevin C. Dills, the government respectfully moves pursuant to Local Rule 7.2 to seal its forthcoming motion to disqualify counsel. The government respectfully submits that the motion to disqualify counsel should be sealed because it concerns, *inter alia*, the identity of a cooperating witness and attorney-client related matters.

Respectfully Submitted,

JOSHUA S. LEVY
Acting United States Attorney

By: */s/ Ian J. Stearns*
   JAMES R. DRABICK
   IAN J. STEARNS
   Assistant United States Attorneys

Dated: May 21, 2023

## LOCAL RULE 7.1 CERTIFICATION AND CERTIFICATE OF SERVICE

Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel for the government has conferred with Attorney William Connolly, counsel for defendant Dills, and that counsel assents to the relief sought in this motion to seal. I also hereby certify that the foregoing motion to seal will be publicly filed on the docket, and that if the motion to seal is granted, the motion to disqualify counsel will be filed under seal and served on counsel for defendant Dills.

By: <u>/s/ Ian J. Stearns</u><br>
JAMES R. DRABICK<br>
IAN J. STEARNS<br>
Assistant United States Attorneys

Dated: May 21, 2023