UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA    ) | |
| ) | |
|    v.                              ) | No. 23-cr-10075-RGS-MPK |
| ) | |
| JOSEPH A. PADILLA,             ) | |
| KEVIN C. DILLS,                ) | |
| ) | |
|         Defendants      ) | |

## JOINT INITIAL STATUS REPORT

The United States and counsel for the defendants, Joseph A. Padilla and Kevin C. Dills, hereby submit this joint initial status report pursuant to Local Rule 116.5(a). As all matters are proceeding to the satisfaction of the parties, the United States and the defendants hereby jointly propose that, subject to the Court's preference, the status conference scheduled for June 16, 2023 be canceled and an interim status conference date be established approximately 45 days in the future, accompanied by an order excluding the interim period under the Speedy Trial Act. The parties hereby advise the Court of the following:

**(1)      Status of Automatic Discovery and Any Pending Discovery Requests**

Following entry of a protective order, the government produced the majority of automatic discovery to defense counsel on April 26, 2023. The government made supplemental productions on May 9, May 18, May 30, and June 7, 2023. There are no pending discovery requests or disputes at this time. The government requested reciprocal discovery on April 26, 2023, but no reciprocal discovery has been produced to date.

1

### (2) Timing of Any Additional Discovery to be Produced

Except as discussed below, the United States has completed its production of automatic discovery and will provide additional discovery in response to any future request(s) according to the local rules and pursuant to the Federal Criminal Rules of Criminal Procedure, including any supplemental discovery if/as any additional materials are obtained and/or identified as the government's ongoing investigation proceeds.

In connection with its April 26, 2023 production of automatic discovery, which included productions to each defendant of full forensic extractions of their respective cellular phone(s), the government solicited the defendants' feedback regarding potential production of each defendant's full extraction(s) to his co-defendant. The government solicited such feedback due to the possibility that each defendant's phone contained privileged materials, which materials the government endeavored to exclude from its review of the phones based on the use of filter terms previously provided by defense counsel. (The government has already produced to both defendants the materials the government seized from each defendant's phone(s) following the government's segregation of any potentially privileged materials based on the filter terms.) The government has yet to receive a response to its solicitation and anticipates requesting a meet-and-confer with defense counsel during the period before the next status conference.

The government also advised the defendants in connection with its April 26, 2023 production of automatic discovery that it is continuing to review materials related to historical accounts that defendant Padilla held at a Swiss asset manager for any additional relevant information concerning the accounts and for potential early production of Jencks materials. The government further offered to discuss arrangements for making the materials – which include

data from multiple computers and cell phones – available to the defendants for review. Such discussions have not yet taken place but might in the future.

With the exception of the aforementioned categories of materials (including any additional discovery the government obtains pursuant to its ongoing investigation), the United States does not, at this time, anticipate providing additional discovery, other than discovery that falls within the ambit of Local Rule 116.2(b)(2) (discovery that is provided not later than 21 days before the trial date).

**(3)     Timing of Any Additional Discovery Requests**

Counsel for the defendants are reviewing the discovery produced to date and evaluating whether to propound any discovery requests.

**(4)     Whether Any Protective Orders are Needed**

Pursuant to an assented-to motion filed by the government, the Court entered a protective order in this matter on April 20, 2023. (Dkt. #63.)

**(5)     Timing of Any Pretrial Motions**

The parties agree that it is too early to set a motion schedule under Fed. R. Crim. P. 12(b). The parties ask that a motion deadline, if necessary, be set no earlier than the next status conference after the defense has had a chance to complete its review of the discovery materials provided during automatic discovery.

**(6)     Timing of Expert Witness Disclosures**

The parties are engaged in an ongoing meet-and-confer regarding an expert disclosures deadline. In the event the parties are not able to reach agreement on an expert disclosures

deadline, the parties might request a status conference with the Court in advance of the next scheduled status conference to address the issue.

**(7)     Periods of Excludable Delay under the Speedy Trial Act**

The Indictment in this matter was returned and filed on March 21, 2023 and the defendants' arraignments took place on March 29, 2023.  (Dkts. #38, 51, 52.)   The Court thereafter excluded under the Speedy Trial Act the time from March 21, 2023 through April 27, 2023, the date for the initial status conference, and then again from April 27, 2023 through June 15, 2023, the date initially set for the forthcoming status conference.  (Dkts. #53, 66.) Separately, following the defendants' motion for a speedy trial, the District Court entered an order excluding under the Speedy Trial Act the time from April 27, 2023 through October 23, 2023, the current trial date.   (Dkt. #69.)   In an abundance of caution, the parties agree that the time period between June 16, 2023 and the next status conference should be excluded because this time will be used for purposes to include the review of discovery by the defense and discussion of any forthcoming discovery issues by the parties.   Therefore, the parties request that this Court find that the ends of justice served by excluding the period of this continuance outweigh the best interest of the public and the defendants in a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

4

**(8)     Timing of an Interim Status Conference**

Subject to the Court's preference, the parties propose that an interim status conference date be established approximately 45 days in the future and request entry of an accompanying order excluding the interim period under the Speedy Trial Act.

Respectfully submitted,

| | |
|---|---|
| /s/ James R. Drabick<br>JAMES R. DRABICK<br>IAN J. STEARNS<br>Assistant United States Attorneys<br>John Joseph Moakley Courthouse<br>One Courthouse Way, Suite 9200<br>Boston, MA 02210<br>Tel: (617) 748-3498<br>james.drabick@usdoj.gov | /s/ Robert Goldstein with consent<br>ROBERT GOLDSTEIN<br>20 Park Plaza, Suite 1000<br>Boston, MA 02116<br>(617) 742-9015<br>rmg@goldstein-lawfirm.com<br><br>*Counsel for Defendant Joseph A. Padilla*<br><br>/s/ William H. Connolly with consent<br>WILLIAM H. CONNOLLY<br>20 Park Plaza, Suite 1000<br>Boston, MA 02116<br>(617) 542-0200<br>whc@williamconnollylaw.com<br><br>*Counsel for Defendant Kevin C. Dills* |

Dated:   June 14, 2023

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2023, the foregoing document was filed electronically with the Clerk of the Court using the ECF system, for uploading and service by electronic notice to counsel and parties authorized to receive electronically Notices of Electronic Filing.

                                                */s/ James R. Drabick*
                                                JAMES R. DRABICK
                                                Assistant United States Attorney
                                                John Joseph Moakley Courthouse
                                                One Courthouse Way, Suite 9200
                                                Boston, Massachusetts 02210
                                                Tel:   (617) 748-3100
                                                james.drabick@usdoj.gov